# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANKIE ROBINSON BUTLER, ) <br> ) <br> Defendant. ) <br> _____ ) | NO.  CR06-0301L <br><br> ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL |

This matter comes before the Court on the parties' "Stipulated Motion to Continue Trial Date." (Dkt. #26). The Court, having considered the stipulated motion, the records and files herein, including, but not limited to, the defendant's agreement to extend the time for trial, hereby makes the following findings:

1.    The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2.    The Court further finds that the ends of justice will be served by ordering a continuance in this case and that a continuance is necessary to insure effective trial preparation and that these factors outweigh the bests interests of the public in a more speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from October 30, 2006, to December 4, 2006.

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 1

1    IT IS FURTHER ORDERED that the period of time from October 30, 2006, up to
2 and including the new proposed trial date of December 4, 2006, shall be excludable time
3 pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161, *et. seq.*

5    DATED this 25th day of October, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge