1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   UNITED STATES OF AMERICA,       )
                                     )       NO.   CR06-0301L
10                     Plaintiff,    )
                                     )       ORDER GRANTING
11              v.                   )       STIPULATED MOTION TO
                                     )       CONTINUE TRIAL
12   FRANKIE ROBINSON BUTLER,        )
                                     )
13                     Defendant.    )
     _____)

14

15          This matter comes before the Court on the parties' "Stipulated Motion to Continue

16   Trial Date."  (Dkt. #26).  The Court, having considered the stipulated motion, the records

     and files herein, including, but not limited to, the defendant's agreement to extend the
17
     time for trial, hereby makes the following findings:
18
            1.      The Court finds that a failure to grant the continuance would deny counsel
19
     the reasonable time necessary for effective preparation, taking into account the exercise
20
     of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).
21
            2.      The Court further finds that the ends of justice will be served by ordering a
22
     continuance in this case and that a continuance is necessary to insure effective trial
23
     preparation and that these factors outweigh the bests interests of the public in a more
24
     speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A).
25
            IT IS THEREFORE ORDERED that the trial date be continued from October 30,
26
     2006, to December 4, 2006.
27

28

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 1

IT IS FURTHER ORDERED that the period of time from October 30, 2006, up to and including the new proposed trial date of December 4, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161, *et. seq.*

DATED this 25th day of October, 2006.

Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 2